**Opinion issued September 26, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00672-CV**

———————————

**IN RE ENSCO INCORPORATED AND ENSCO OFFSHORE COMPANY,**
**Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Ensco Incorporated and Ensco Offshore Company, filed a petition

for writ of mandamus challenging the trial court's July 24, 2023 order denying their

motion for summary judgment.[1] In their mandamus petition, relators contended that

the trial court abused its discretion by denying their motion for summary judgment

---

[1]     The underlying case is *Robert E. Buckley v. Ensco Incorporated and Ensco Offshore Company*, Cause No. 2019-34430, in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

regarding a purported Rule 11 agreement to settle the underlying lawsuit filed by real party in interest, Robert E. Buckley. Relators requested that the Court grant their mandamus petition, "command [the trial court] to vacate [its] [o]rder" denying their summary-judgment motion, and "command [the trial court] to enter an [o]rder granting [relators'] motion for summary judgment on [their] breach of contract claim."

We deny relators' petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.